**No. 48858.**—Protest 532644–G of Henry Pollak, Inc. (Seattle).

Opinion by TILSON, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protest was therefore sustained as to this item.

**No. 48859.**—Protest 556434–G of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the harvest hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the court held that those imported or withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) are dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to said trade agreement are dutiable at 12½ percent under said paragraph and trade agreement, as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 13, 1943

**No. 48860.**—Petition 6356–R of S. Lisk & Bro. (Seattle).

Opinion by CLINE, J. The petition was dismissed.

**No. 48861.**—Protests 543030–G, etc., of Roethlisberger & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269, and (2) 1 percent for other cheese similar to Reggiano cheese the subject of said C. D. 706. Protests sustained to this extent.